WINDHAM DIST. CO. INC. v. DAVIS

No. 60P85.

Case below: 72 N.C. App. 179.

Petition by defendant (Steve Davis) for discretionary review under G.S. 7A-31 denied 7 May 1985.